# Court of Appeals
## Tenth Appellate District of Texas

10-26-00107-CR

Ex parte Thomas Moore

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

**MEMORANDUM OPINION**

Thomas Moore's "Petition for Writ of Habeas Corpus" was filed on March 23, 2026. There are procedural problems with Moore's petition, such as no service on the trial court or the State, *see* TEX. R. APP. P. 9.5; but we use Rule 2 to look beyond those problems and dismiss the petition.[1] TEX. R. APP. P. 2.

Moore's petition is an original petition for a writ of habeas corpus. We have no original jurisdiction of any criminal habeas corpus proceeding. *See* TEX. CODE CRIM. PROC. art. 11.05; *Ramirez v. State*, 36 S.W.3d 660, 664 (Tex. App.—Waco 2001, pet. ref'd).

---

[1] Moore also presented a "Notice" with his petition. It was also not properly served, and we do not address it.

Accordingly, this proceeding is dismissed.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED: March 26, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do Not Publish
OT06

